# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

IN RE:

**Shahidul Gaffar**

Debtor

CHAPTER 13

CASE NO.: 20-14168-mdc

## ORDER FOR RELIEF

AND NOW, this  29th  day of   September  2021, upon the Motion of Pentex Holdings, LLC ("Movant"), and after a Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) and the Co-Debtor Stay Provision of 11 U.S.C. § 1301 is modified with respect to premises, 212 N Springfield Road, Clifton Heights, PA 19018, as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0986706; 1}